UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-3420-GW-JCx | Date | September 22, 2025 |
|---|---|---|---|
| Title | *Emsurgcare and Emergency Surgical Assistant v. MUFG Americas Holdings Corporation, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jonathan A. Stieglitz | Brian D. Murray |

**PROCEEDINGS:** PLAINTIFFS' UNOPPOSED REQUEST/MOTION TO REMAND ALL CLAIMS RELATING TO DEFENDANT UNITED FOOD & COMMERCIAL WORKERS UNION AND FOOD EMPLOYERS BENEFIT FUND [21]

The Court's Tentative Ruling on Plaintiffs' Unopposed Request/Motion [21] was issued on September 17, 2025 [27]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiffs' Request/Motion to Remand is DENIED. For reasons stated on the record, the Court allows the withdrawal of the Second Amended Complaint *nunc pro tunc*. Plaintiffs may file an amended complaint within three weeks from the date of this order.

|  | : | 12 |
|---|---|---|
| | Initials of Preparer | JG |