SEYFARTH SHAW LLP
Aaron Belzer (SBN 238901)
abelzer@seyfarth.com
Ryan R. Tikker (SBN 312860)
rtikker@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone:  (310) 277-7200
Facsimile:   (310) 201-5219

Attorneys for Defendant
United Food & Commercial Workers Union
and Food Employers Benefit Fund


JONATHAN A. STIEGLITZ (SBN 278028)
jonathan@stieglitzlaw.com
THE LAW OFFICES OF JONATHAN A. STIEGLITZ
5482 Wilshire Blvd., Suite 1917
Los Angeles, CA 90036
Telephone: (323) 979-2063
Facsimile: (323) 488-6748

Attorney for Plaintiffs
Emsurgcare and Emergency Surgical Assistant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emsurgcare, and Emergency Surgical Assistant,<br><br>          Plaintiffs,<br><br>     v.<br><br>MUFG Union Bank, N.A., United Food & Commercial Workers Union Food and Food Employers Benefit Fund, and DOES 1 through 10,<br><br>          Defendants. | Case No. 2:25-cv-03420-GW-JC<br><br>**JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT UNITED FOOD & COMMERCIAL WORKERS UNION AND FOOD EMPLOYERS BENEFIT FUND ONLY** |

JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT UFCW ONLY

Plaintiffs Emsurgcare and Emergency Surgical Assistant ("Plaintiffs") and Defendant United Food & Commercial Workers Union and Food Employers Benefit Fund ("Defendant UFCW Fund"), by and through their respective counsel, hereby jointly give notice to the Court that Plaintiffs and Defendant UFCW Fund have reached a resolution of the above matter in principle, which each party to bear its own costs. This settlement applies only to Defendant UFCW Fund, and not to MUFG Union Bank, N.A.

Accordingly, as concerns upcoming trial briefing and related deadlines, Plaintiffs and Defendant UFCW Fund respectfully request that the Court vacate those deadlines as to Defendant UFCW Fund only.  Plaintiffs and Defendant UFCW Fund anticipate filing a stipulated dismissal, dismissing Plaintiffs' claims as to Defendant UFCW Fund within forty-five (45) days.

RESPECTFULLY SUBMITTED,

Dated: May 29, 2026          SEYFARTH SHAW LLP

By: _/s/ Ryan R. Tikker_____
Aaron Belzer
Ryan R. Tikker
Attorneys for Defendant UFCW Fund

Dated: May 29, 2026          THE LAW OFFICES OF JONATHAN A. STIEGLITZ

By: _/s/ Jonathan A. Stieglitz_____
Jonathan A. Stieglitz
Attorney for Plaintiff Emsurgcare, and
Emergency Surgical Assistant

JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT UFCW ONLY

## CERTIFICATE OF AUTHORIZATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Ryan R. Tikker, attest under penalty of perjury that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By:    */s/ Ryan R. Tikker*
Ryan R. Tikker

JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT UFCW ONLY

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 29, 2026, a true and correct copy of the foregoing document has been electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Ryan R. Tikker*
Ryan R. Tikker

JOINT NOTICE OF SETTLEMENT AS TO DEFENDANT UFCW ONLY