Jonathan A. Stieglitz, Esq. (SBN 278028)
THE LAW OFFICES OF JONATHAN A. STIEGLITZ
11845 Olympic Blvd., Suite 800
Los Angeles, CA 90064
Telephone:   (323) 979-2063
Facsimile:   (323) 488-6748

Attorney for Plaintiff
Emsurgcare and Emergency Surgical Assistant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Emsurgcare and Emergency Surgical Assistant<br><br>Plaintiff,<br><br>v.<br><br>MUFG Union Bank, N.A., United Food & Commercial Workers Union Food and Food Employers Benefit Fund and DOES 1-10,<br><br>Defendant. | Case No.: 2:25-cv-03420-GW-JC<br><br>**Notice of Settlement** |

- 1 -

**PLEASE TAKE NOTICE** that Plaintiffs Emsurgcare and Emergency Surgical Assistant, and Defendants MUFG Union Bank, N.A., (the "Parties") have reached a settlement in the above-captioned matter. The Parties expect to file a FRCP Rule 41 Stipulation of Dismissal within forty-five (45) days.

Dated: June 5, 2026

THE LAW OFFICES OF JONATHAN A. STIEGLITZ

By: */s/ Jonathan A. Stieglitz*
Jonathan A. Stieglitz
Attorneys for Plaintiff
Emsurgcare and Emergency Surgical
Assistant

- 2 -