JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EMSURGCARE AND EMERGENCY SURGICAL ASSISTANT,

Plaintiff,

v.

MUFG UNION BANK, N.A., et al.,

Defendants.

Case No. CV 25-3420-GW-JCx

**ORDER TO DISMISS WITH PREJUDICE**

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that the above-captioned action be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice. Each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated: July 14, 2026

George H. Wu

HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE